UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUDY N. MENDOZA, | Case No. CV 14-4922-RGK(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL F. MARTEL, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 21, 2016

_____
R. Gary Klausner
United States District Judge